B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Michael A Simonelli,**    Case No. __6:09-bk-19938__
       **Mariana T Simonelli**

                                                Debtors       Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | 165,000.00 | | |
| B - Personal Property | | | 93,136.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | 150,201.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | | | 171,169.00 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | 5,164.60 |
| J - Current Expenditures of Individual Debtor(s) | | | | | 5,159.01 |
| Total Number of Sheets of ALL Schedules | | | | | |
| | | Total Assets | 258,136.00 | | |
| | | | Total Liabilities | 321,370.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Michael A Simonelli,**
       **Mariana T Simonelli**
                                    Debtors

Case No. __6:09-bk-19938__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 42,990.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 42,990.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,164.60 |
| Average Expenses (from Schedule J, Line 18) | 5,159.01 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,638.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 171,169.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 171,169.00 |

B6F (Official Form 6F) (12/07)

In re **Michael A. Simonelli,**
**Mariana T. Simonelli**

Case No. 6:09-bk-19938

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-6160<br><br>Bill Me Later<br>P.O. Box 2394<br>Omaha, NE 68103 | | J | | | | | Unknown |
| Account No.<br><br>Embarq/Centuey Link/<br>CenturyTel<br>100 Centurytel Dr<br>Monroe, LA 71203 | | J | | | | | Unknown |
| Account No.<br><br>Embarq/Directv, Inc<br>PO Box 915<br>El Segundo, CA 90245-0091 | | J | | | | | Unknown |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page)    0.00

Total (Report on Summary of Schedules)    0.00
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      S/N:31972-100208   Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Michael A. Simonelli  
      Mariana T. Simonelli  
          Debtor(s).

Case No.: 6::09-bk-19938  
Chapter 7

## CERTIFICATE OF SERVICE REGARDING AMENDED SCHEDULES F

I HEREBY CERTIFY that a true and correct copy of the Amended Schedule F and the Notice of Commencement of Case has been furnished by electronic transmission to: U.S. Trustee, Chapter 7 Trustee and via US Mail, postage prepaid to Bill Me Later, PO Box 2394, Omaha, NE 68103, Embarq/Century Link/CenturyTel, 100 Centurytel Dr., Monroe, LA 71203 and Embarq/Directv, Inc, PO Box 915, El Segundo, CA 90245-0091 31st Day of March 2010.

LAW OFFICES OF PAUL L. URICH, P.A.

BY: /s/ James T. Harper, Jr. Esq._____  
\_\_ Paul L. Urich, Esq. FL Bar No. 0088780  
_x_ James T. Harper, Jr., Esq. FL Bar No. 0413103  
\_\_ Jessica R. Mayer, Esq. FL Bar No. 0049895  
1510 E. Colonial Dr., Suite 204  
Orlando, FL 32803  
(407) 896-3077 Telephone  
(407) 896-3041 Telecopy  
Attorney for Debtor(s)